UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                )
    Dan & Lois Martens        )
                                    )    Case No.    10-0308
    Debtors                       )

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

Now Comes Debtors, Dan & Lois Martens, by their attorney Bruce A. Buckrop, and moves to modify their chapter 13 plan.  Debtors living expenses have increased.  Moves to modify as follows:

1. Debtors paid $7,820.00 as of 12/14/10.  Plan payment to decrease to $642.00 starting in January 2011.
2. Plan term to remain at 60 months.
3. Unsecured to receive 100%.

WHEREFORE, the Debtors pray that the Motion to Modify the Plan after Confirmation be sustained.

                         Dan & Lois Martens, Debtors


                         /s/    Bruce A Buckrop
                         Bruce A. Buckrop, Debtors Attorney

Prepared By:
Bruce A. Buckrop
Buckrop & VanDeVelde
The Law Centre
329 18th Street   Suite #500
Rock Island, IL 61201
ph: (309) 788-2747
fax: (309) 793-4090

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF IOWA
DAVENPORT DIVISION

IN RE:                                          )
    Dan & Lois Martens                 )
                                            )    Case No.    10-0308
Debtors                                      )

## CERTIFICATE OF SERVICE

The undersigned certifies that Motion to Modify after Confirmation was served upon the Trustee of said estate(s), U. S. Trustee and all creditors on interest, by either electronically or depositing a copy thereof United States Mail, postage prepaid, in envelopes addressed to each of them at their respective addresses as known.

- Elizabeth E Goodman    chapter13@qwestoffice.net
- United States Trustee    USTPRegion12.DM.ECF@usdoj.gov
- Albert C Warford    chapter13@qwestoffice.net, awarford13@ecf.epiqsystems.com

Dan & Lois Martens
1738 W 15th Street
Davenport, IA 52806

See Attached

Dated: 12/14/2010                                          BY:    /s/ Mary Kay Buckrop

| | | |
|---|---|---|
| Internal Revenue Service<br>PO Box 21126<br>Philadelphia, PA 19114 | American General<br>4030 Blackhawk Rd<br>Rock Island, IL 61201 | Brook & Trinrud<br>3725 Blackhawk Rd. Suite 200<br>Rock Island, IL 61201 |
| Buckle<br>PO Box 659704<br>San Antonio, TX 78265 | Citi Financial<br>2824 W Locust<br>Davenport, IA 52804 | Dutrac Commmunity Credit Union<br>902 W Kimberly Rd. #29<br>Davenport, IA 52806 |
| Furniture Row<br>4601 Elmore Avenue<br>Davenport, IA 52807 | HFC<br>2930 East 53rd<br>Davenport, IA 52807 | HFC<br>PO Box 8873<br>Virginia Beach, VA 23450 |
| HSBC Bank Nevada<br>Bass & Associates<br>3936 E Ft Lowell Rd<br>Suite 200<br>Tucson, AZ 85712 | HSBC/ Furniture Row<br>Dept 7680<br>Davenport, IA 52807 | JCPenney<br>GE Money Bank<br>c/o Recovery Management Systems Corp.<br>25 SE 2nd Avenue Suite 1120<br>Miami, FL 33131-1605 |
| Menards<br>Card Retail Services<br>Dept 7680<br>Carol Stream, IL 60116-7680 | Modern Woodman<br>Midwest Loan Services<br>PO Box 188<br>Houghton, MI 49931 | RIA Federal Credit Union<br>PO Box 4750<br>Rock Island, IL 61204 |